UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 19-1743 (DLF) |

### JOINT STATUS REPORT

Pursuant to this Court's Minute Order (June 9, 2024), Plaintiff Federation for American Immigration Reform and Defendant Department of State, by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act. Plaintiff does not challenge Defendant's response to its FOIA request, and the only remaining issue in this case is attorney's fees and costs. Plaintiff intends to present Defendant a fees and costs demand, and agrees to present any such demand by June 6, 2025. The parties propose that the Court direct them to file an additional JSR by July 8, 2025,

\*   \*   \*

Dated: May 6, 2025

/s/ *John M. Miano*
John M. Miano, D.C. Bar #1003068
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W., Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Email: miano@colosseumbuilders.com

Matthew J. O'Brien
DC Bar # 900127000
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W., Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
Email: mobrien@irli.org

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar. #481866
United States Attorney

By: /s/
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*