UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-1743 (DLF) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**SUBSTITUTION OF COUNSEL**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robert J. Morris, II, and remove the appearance of Assistant United States Attorney Bradley G. Silverman, as counsel for Defendant in the above-captioned case.

Dated: September 8, 2025            Respectfully submitted,

By: _/s/ Robert J. Morris, II_
   Robert J. Morris, II
   D.C. Bar #1719434
   Assistant United States Attorney
   601 D Street NW
   Washington, DC 20530
   (202) 252-2534
   robert.morris@usdoj.gov

*Attorney for the United States of America*