UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 19-1743 (DLF) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (July 10, 2025), Plaintiff Federation for American Immigration Reform and Defendant Department of State, by and through the undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act. Plaintiff does not challenge Defendant's response to its FOIA request, and the only remaining issue in this case is attorney's fees and costs. The parties are continuing to confer over settlement of the issue of attorney's fees and costs, and hope to be able to resolve this issue without need for the Court's involvement. The parties propose that the Court direct them to file an additional JSR by December 8, 2025.

\*   \*   \*

Dated: September 8, 2025

/s/   *David L Jaroslav*
John M. Miano, D.C. Bar # 1003068
David L. Jaroslav, D.C. Bar # 90021286
Mateo Forero-Norena, D.C. Bar # 90002605
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W., Suite 335
Washington, D.C. 20001
Telephone: (202) 232-5590
miano@colosseumbuilders.com
djaroslav@irli.org
mforero@irli.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/   *Robert J. Morris, II*
ROBERT J. MORRIS, II
D.C. Bar #1719434
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2534
robert.morris@usdoj.gov

*Attorneys for the United States of America*