UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 19-1743 (DLF) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: December 9, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *David L. Jaroslav*
David L. Jaroslav, D.C. Bar # 90021286
John M. Miano, D.C. Bar # 1003068
Mateo Forero-Norena, D.C. Bar # 90002605
Federation for American Immigration Reform
25 Massachusetts Avenue, N.W., Suite 330
Washington, D.C. 20001
Telephone: (202) 328-7004
djaroslav@fairus.org
mforero@fairus.org
miano@colosseumbuilders.com

*Counsel for Plaintiff*

/s/ *Robert J. Morris, II*
Robert J. Morris, II
D.C. Bar #1719434
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
robert.morris@usdoj.gov

*Attorneys for the United States of America*